IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAY THOMAS ENCISO,

      Plaintiff,

vs.                                         No. CV 12-920 LH/SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

      Defendant.

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend briefing deadlines, the Court **FINDS** the motion should be granted.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with supporting memorandum no later than **Friday January 31, 2014;**

2. Defendant shall file a response no later than **Monday March 31, 2014**;

3. Plaintiff may file a reply no later than **Monday April 14, 2014**;

3. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

**Submitted by**:

 s/ Francesca J. MacDowell
Francesca J. MacDowell
Attorney for Plaintiff

**Approved by email on 12/20/13 by:**

AUSA Manny Lucero
Attorney for Commissioner