## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JAY THOMAS ENCISO,**

       **Plaintiff,**

**vs.**                                              **CIV No. 12-0920 LH/SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

       **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition to Grant Plaintiff's Motion For § 406(b) Fees ("PF&RD"), issued on December 10, 2015.  [Doc. 54].  On reference by the Court, [Doc. 36], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended that Plaintiff's Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b) [Doc. 52] be granted and that Plaintiff's counsel be awarded $26,705.23 in attorney fees.  [Doc. 54].  No party objected to the PF&RD, and the time for doing so has passed.  The Court agrees with Judge Vidmar that the fees requested do not exceed the statutory cap and are reasonable.  *See* § 406(b).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition to Grant Plaintiff's Motion For § 406(b) Fees [Doc. 54] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b) [Doc. 52] is **GRANTED**.   Plaintiff's counsel is awarded $26,705.23 in attorney fees pursuant to § 406(b)(1) for representing Plaintiff before this Court. Finally, in accordance with *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), counsel shall refund to the Plaintiff the amount of EAJA fees previously awarded.

**IT IS SO ORDERED.**

_____

**SENIOR UNITED STATES DISTRICT JUDGE**

2